IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>**1) ELLIOTT D. LLORENS-MARTINEZ**<br>2) JOSE I. YAMBOT-ARROYO<br>Defendants | CRIMINAL 14-0327-01CCC |

## ORDER

Having considered the Motion to Dismiss on Speedy Trial Violations filed by defendant [1] Elliot Lloréns-Martínez (**d.e. 64**), the United States' Response in Opposition (d.e. 67), and the Report and Recommendation issued by U.S. Magistrate-Judge Bruce J. McGiverin on December 28, 2015 (**d.e. 69**), which remains unopposed, said Report and Recommendation is APPROVED and ADOPTED. Accordingly, defendant Lloréns-Martínez' Motion to Dismiss is GRANTED and the indictment filed against him is ORDERED DISMISSED, without prejudice.

SO ORDERED.

At San Juan, Puerto Rico, on May 2, 2016.

S/CARMEN CONSUELO CEREZO
United States District Judge